United States District Court
Southern District of Texas
**ENTERED**
June 24, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| Teresa Salgado Garcia, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-2703 |
| | § | |
| Markwayne Mullin, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER GRANTING MOTION TO DISMISS**

Before the Court is Respondent's Motion to Dismiss. Doc. 8. Petitioner has voluntarily departed from the United States and is no longer in the custody of Respondent, *see id.* at 2.

Petitioner's self-deportation renders the sole challenge in her Petition—her detention—non-justiciable. *See* Doc. 1; *see also Cipriano v. I.N.S.*, 24 F.3d 763, 764–65 (5th Cir. 1994). The Petition is therefore DISMISSED AS MOOT.

The action shall be restored to the docket upon Petitioner's request and demonstration that any aspect of the Petition has not been rendered moot by her departure from the United States. This a FINAL JUDGMENT.

**SIGNED** at Houston, Texas, on the 24th of June, 2026.

_____
Nicholas J. Ganjei
United States District Judge